UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-----------------------------------------------------------------x
JUANA M. DOMINGUEZ,

          Plaintiff,

   -against-

WMC MORTGAGE CORPORATION & SAXSON
MORTGAGE COMPANY, & WELLS FARGO BANK,
NATIONAL ASS. & MORGAN STANLEY ABS
CAPITAL 1 INC. (MSAC 2007-HH2),

          Defendants.
-----------------------------------------------------------------x

Index No.

**NOTICE OF REMOVAL**

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

    PLEASE TAKE NOTICE, that defendant WMC MORTGAGE CORP. ("WMC") respectfully requests that this Court remove the above captioned action from the Superior Court of the Commonwealth of Massachusetts, Essex County to the United States District Court for the District of Massachusetts pursuant to 28 U.S.C. §§ 1332 and 1441, and states as follows:

    1.    On or about January 14, 2008, Plaintiff Juana M. Dominguez ("Dominguez" or "Plaintiff") commenced an action in Superior Court, Essex County entitled *Dominguez v. WMC Mortgage Corp.*, Index No. 08-69B ("State Action").

    2.    On or about January 22, 2008, Plaintiff served WMC with the Summons and Complaint via Corporation Services Company. Attached hereto as Exhibit A is a true copy of the Summons and Complaint ("Compl.").

    3.    To WMC's knowledge, no other papers have been filed and no further proceedings have occurred in the State Action.

4. The State Action is a suit of a wholly civil nature of which the United States District Court for the District of Massachusetts has original jurisdiction under 28 U.S.C. § 1332 because there is complete diversity and the amount in controversy exceeds $75,000, exclusive of interest and costs. Specifically:

5. Plaintiff is a Massachusetts citizen.

6. WMC is incorporated in Delaware and has its principal place of business in California.

7. Saxon Mortgage Company is incorporated in Delaware and has its principal place of business in Virginia.

8. Wells Fargo Bank, National Association, as Trustee and Custodian for Morgan Stanley ABS Capital 1 Inc, MSAC 2007-HE2 is a federally chartered National Banking Association formed under the National Bank Act and is located in California.

9. The amount in controversy exceeds $75,000, exclusive of interest and costs. *See* Compl. ¶¶ 20-24.

10. The State Action is one that may be removed to this Court pursuant to 28 U.S.C. § 1441(b) because none of the parties in interest properly joined and served as defendants is a citizen of Massachusetts and Plaintiff originally brought this action in a state court lying within the jurisdictional boundaries of this Court.

11. All defendants have consented to the removal of this action.

12. Pursuant to 28 U.S.C. § 1446(b), WMC is filing this Notice of Removal within thirty days of its receipt of the Summons and Complaint.

13. WMC will promptly file a true and correct copy of this Notice of Removal with the Clerk of the Superior Court, Essex County and provide a copy of same to Plaintiff pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, defendant WMC Mortgage Corp. respectfully requests that this action be removed from the Superior Court, Essex County to the United States District Court for the District of Massachusetts.

Dated: February 11, 2008

ANTHONY A. ARENA, ESQ.

By: _____

89 Main Street, Suite 205
Medway, MA 02053
(617) 417-0676    BBO# 633583

-and-

FARRELL FRITZ, P.C.
David A. Scheffel, Esq.
1320 RexCorp. Plaza
Uniondale, New York 11556
(516) 227-0700

FFDOCS1\788388 01