**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| JUANA M. DOMINGUEZ )<br><br>Plaintiff, )<br>)<br>v. )<br>)<br>WMC MORTGAGE CORPORATION & )<br>SAXSON MORTGAGE COMPANY & )<br>WELLS FARGO BANK, NATIONAL )<br>ASS. & MORGAN STANLEY ABS )<br>CAPITAL 1 INC. (MSAC 2007-HE2) )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. 08-10222-JGD |

### DEFENDANTS' MOTION TO DISMISS THE COMPLAINT OF PLAINTIFF/DEFENDANT-IN-COUNTERCLAIM JUANA M. DOMINGUEZ WITH PREJUDICE AS TO ALL DEFENDANTS OR, ALTERNATIVELY, MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FED.R.CIV.P. 12(c)

Defendants/plaintiffs-in-counterclaim, Wells Fargo Bank, National Association, as Trustee and Custodian for Morgan Stanley ABS Capital I Inc., MSAC 2007-HE2 ("Wells Fargo") and Saxon Mortgage Services, Inc. ("Saxon"), move the court to dismiss the complaint of plaintiff/defendant-in-counterclaim, Juana M. Dominguez ("Ms. Dominguez") with prejudice as to all defendants. As grounds therefore, defendants assert that any default judgment as to Count I of Saxon and Wells Fargo's counterclaims is, in effect, a judgment in favor of defendants as to the claims asserted in Ms. Dominguez' complaint. Alternatively, defendants assert that Ms. Dominguez' admissions of facts contained in the counterclaims, through her failure to respond to same, taken together with the rest of the pleadings, results in her failure to exhibit that there are sufficient facts in support of her purported claims. Defendants submit

herewith a memorandum in support of their motion to dismiss or alternative motion for judgment on the pleadings.

WHEREFORE, the defendants/plaintiffs-in-counterclaim, Wells Fargo Bank, National Association, as Trustee and Custodian for Morgan Stanley ABS Capital I Inc., MSAC 2007-HE2 and Saxon Mortgage Services, Inc., respectfully requests that the Complaint of plaintiff/defendant-in-counterclaim be dismissed with prejudice as to all defendants or, alternatively, that judgment be entered in defendants' favor as to the Complaint.

> SAXON MORTGAGE SERVICES, INC. and
> WELLS FARGO BANK, NATIONAL
> ASSOCIATION, AS TRUSTEE AND CUSTODIAN
>
> By their attorneys,
>
> ORLANS MORAN PLLC
>
> /s/ Joseph P. Corrigan
> _____
> Joseph P. Corrigan
> BBO No. 656426
> 45 School Street
> Boston, MA 02108
> (617) 502-4101

DATED: May 9, 2008

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I hereby certify that I have attempted in good faith to ascertain whether Ms. Dominguez intends to maintain her action against defendants via telephone conversation on April 25, 2008. Further, defendants' counsel has not been contacted by purported counsel retained by Ms. Dominguez as was represented to defendants' counsel by Ms. Dominguez' husband on or about March 20, 2007.

> /s/ Joseph P. Corrigan
> _____
> Joseph P. Corrigan

DATED: May 9, 2008

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing, which was filed on May 9, 2008 through ECF, will be sent electronically to those registered participants and paper copies have been sent to those indicated as non-registered participants on May 9, 2008.

Juana M. Dominguez  
5-7 Maurice Avenue  
Lawrence, MA 01841

Anthony A. Arena, Esq.  
89 Main Street, Suite 205  
Medway, MA 02053

                /s/ Joseph P. Corrigan  
                _____  
                Joseph P. Corrigan